# EXHIBIT A

# TIP TOP DOORS, LLC
## Proposed Interim Cash Collateral Budget
## November 25 – December 22, 2026

| | | |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Job Income | | $74,500.00 |
| **Total Income** | | **$74,500.00** |
| | | |
| **Cost of Goods Sold** | | |
| Equipment Rental for Jobs | | - |
| Materials – complete garage doors, openers (motors), torsion spring systems, tracks, door hardware and replacement parts used on every new installation, replacement and repair; GDS is the primary supplier. (Fasteners and job-site consumables are budgeted separately under operating expenses.) | | $41,500.00 |
| | | |
| **Subcontractors Expense** | | |
| ALEKS KLUZA | $3,950.00 | |
| (JUAN) GJ GARAGE DOOR | $3,500.00 | |
| **Total Subcontractors Expense** | | **$7,450.00** |
| | | |
| **Total COGS** | | **$48,950.00** |
| | | |
| **Gross Profit** | | **$25,550.00** |
| | | |
| **Expense** | | |
| | | - |
| **Auto and Truck Expenses** | | |
| Car Wash | | |
| Fuel | $1,200.00 | |
| IPASS | $120.00 | |

| | | |
|---|---|---|
| Parking | | |
| Repair and Maintenance | | |
| Leasing | $600.00 | |
| **Total Auto and Truck Expenses** | | **$1,920.00** |
| Bank Service Charges | | $125.00 |
| Computer and Internet Expenses | | |
| Custom Duties (not expected this month) | | - |
| International Delivery charges (not expected this month) | | - |
| Insurance Expense | | $900.00 |
| Internet | | $196.00 |
| Office Supplies | | $75.00 |
| Payroll Expenses | | $659.00 |
| payment) | | $4,000.00 |
| Warehouse Rent Expense | | $1,847.00 |
| Supplies (nails, screws, small hardware) | | $450.00 |
| Regular local delivery | | $200.00 |
| Telephone Expense | | $395.00 |
| Vehicle maintenance and tool replacement | | $450.00 |
| Waste | | $100.00 |
| Owner Compensation, Diana A. Kluza (Office and administration: prepares estimates and proposals, invoicing, customer communication, coordinates orders with local suppliers, and handles daily office operations.) | | **$3,500.00** |
| Owner Compensation, Jacek Kluza (Field operations: installs, repairs and maintains residential and commercial garage doors and openers (doors, openers, springs, tracks, hardware); troubleshoots mechanical and electrical issues; performs maintenance and safety inspections; meets customers, prepares estimates, and orders from Hormann Polska.) | | **$3,500.00** |
| **Total Expense** | | **$18,317.00** |

| | |
|---|---|
| **Net Ordinary Income** | **$7,233.00** |
| **Other Income/Expense** | |
| **Other Income** | |
| **Net Income** | **$7,233.00** |